# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ABDULKADIR A., | Case No. 18-CV-2353 (NEB/HB) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| JEFFERSON BEAUREGARD SESSIONS III, Attorney General; KIRSTJEN NIELSEN, Secretary, Department of Homeland Security; RONALD D. VITIELLO, Acting Director, Immigration and Customs Enforcement; PETER BERG, Director, St. Paul Field Office, Immigration and Customs Enforcement; JOEL BROTT, Sheriff, Sherburne County; and BRIAN FRANK, Sherburne County Jail Administrator, | |
| Respondents. | |

The Court has received the November 13, 2018 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. [ECF No. 16.] No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation [ECF No. 16] is ACCEPTED;

2. The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is GRANTED IN PART and DENIED IN PART, as follows:

    a. An immigration judge must provide Petitioner with a bond hearing within thirty days of this order. At the bond hearing, the immigration judge must make an individualized determination regarding whether detention is necessary to protect the community or to prevent Petitioner from fleeing; and

    b. Petitioner's request for immediate release is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 15, 2019                          BY THE COURT:

                                                                   s/Nancy E. Brasel
                                                                   Nancy E. Brasel
                                                                   United States District Judge